UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON LARA,

                       Plaintiff,                    19 **CIVIL** 7776 (JMF)

      -against-                                   **<u>JUDGMENT</u>**

SUPT. WILLIAM F. KEYSER,

                       Defendant.
------------------------------------------------------------X

     It is here by **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 12, 2020, the Court denies Lara's habeas petition. As Lara has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253(c); *see also, e.g.*, *Matthews v. United States*, 682 F.3d 180, 185 (2d Cir. 2012). Moreover, the Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal; accordingly, this case is closed.

**DATED:** New York, New York
            June 12, 2020

                                                                   **RUBY J. KRAJICK**
                                                                   _____
                                                                     Clerk of Court
                                                 **BY:**
                                                                     _____
                                                                       **Deputy Clerk**